UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LACY LYNN ZIMMERMAN<br>    a.k.a. LACY LYNN HAMM,<br><br>    Defendant. | CASE NO. 1:18-cr-274<br><br>Hon. Paul L. Maloney<br>U.S. District Court Judge<br><br>PETITION FOR WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

TO:    HONORABLE ELLEN S. CARMODY
        UNITED STATES MAGISTRATE JUDGE
        WESTERN DISTRICT OF MICHIGAN

    Now comes Sally J. Berens, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

    1.     That on or about December 18, 2018, an Indictment was returned against defendant charging her with theft of firearms from federal firearms licensee in violation of 18 U.S.C. § 924(m), possession of stolen firearms in violation of 18 U.S.C. § 922(j), and felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1).

    2.     That the defendant is presently incarcerated at Muskegon County Jail, and that she cannot be produced and appear before this Court for a hearing on January 22, 2019 without an order of this Court.

    WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Muskegon County Jail, and to each and all of

his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on January 22, 2019 at 2:00 p.m. and after the conclusion of this case that said defendant be returned to the Sheriff, Muskegon County Jail.

ANDREW BYERLY BIRGE
United States Attorney

_____
SALLY J. BERENS
Assistant United States Attorney

**ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable January 22, 2019, at 2:00 p.m. for an initial appearance before the Honorable Phillip J. Green, United States Magistrate Judge, in Grand Rapids, Michigan.

Dated: January 15, 2019          /s/ Ellen S. Carmody
                                 ELLEN S. CARMODY
                                 United States Magistrate Judge