UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

                                       Case No. 1:18-cr-274-02
                                       Hon. Paul L. Maloney
           Plaintiff,              United States District Judge

v.

LACY LYNN ZIMMERMAN

          Defendant.
_____/

### DEFENDANT'S MOTION FOR VARIANCE UNDER 18 U.S.C. § 3553(a)

Lacy Lynn Zimmerman, defendant, by her attorney, Kenneth P. Tableman, moves the Court to impose a sentence that varies below the sentencing guideline range for the reasons set forth in her sentencing memorandum.

This motion is based on the files and records in this case, and on W.D. Mich. LCrR 32.2(g). The government does not concur with the relief requested in this motion.

Dated:   May 13, 2019               Respectfully submitted,

                                              /s/  Kenneth P. Tableman
                                              Kenneth P. Tableman
                                              Kenneth P. Tableman, P.C.
                                              Attorney for Lacy Lynn Zimmerman
                                              161 Ottawa Avenue, Suite 404
                                              Grand Rapids, MI 49503
                                              (616) 233-0455