# Exhibit 2

Letter from Sheriff Baker, GED Certificate, and transcript.



*"Serving with Honor & Integrity"*

# ALLEGAN COUNTY SHERIFF'S OFFICE
640 RIVER STREET • ALLEGAN, MICHIGAN 49010-9501
www.allegancounty.org/sheriff

**Main Number ..................................269.673.0500**

Administration ......................269.673.0510    Jail Administration................269.673.0530
Fax ..........................................269.673.0406    Fax ...........................................269.673.0273

May 1, 2019

Ms. Lacy Zimmerman

Dear Lacy:

I just wanted to send a personal note of congratulations to you for your completion of the General Education Degree requirements.  This is a personal accomplishment that will benefit you for many years to come. My personal belief is that education is knowledge and knowledge is power - power to make decisions with facts and information.  You are a more powerful individual today because of your initiative to get your GED.  Keep up the good work and *NEVER* quit learning!

So, from the Sheriff:

Congratulations!!!!!!

We are proud of you and your accomplishment.

Sincerely,

Frank L. Baker
Allegan County Sheriff

Frank Baker
**Sheriff**

*The mission of the Allegan County Sheriff's Office is to provide a full spectrum of Corrections, Law Enforcement, Emergency Preparedness and Court Services contributing to our community's growth and progression as a safe and secure place to live, work and visit.*

Michael Larsen
**Undersheriff**

Any alteration of this document renders it null and void. Generated on 4/30/2019 12:40:25 PM by DiplomaSender.com - Copyright © 2019 Lilac, LLC

# State of Michigan

## High School Equivalency Certificate

### Lacy Lynn Zimmerman

has successfully completed the High School Equivalency
Examination requirements prescribed by the State of Michigan
and is hereby awarded this certificate on:

April 26, 2019

Workforce Development Agency
Lansing, Michigan



Stephanie Beckhorn
Director of the Workforce Development Agency

Joe Billig
State Director of Adult Education

Krista Johnson
HSE State Administrator

040a1457-0bdd4824
Certificate Number



# HIGH SCHOOL EQUIVALENCY TRANSCRIPT

Issued under the authority of the State of Michigan Workforce Development Agency

**First Name:** Lacy

**Middle Name:** Lynn

**Last Name:** Zimmerman

**Date of Birth:** 6/15/1996

**Address:** 443 Riley St

**City:** Holland

**State:** MI **Zip:** 49424

**Country:** United States

*Krista Johnson*

Krista Johnson
HSE State Administrator

| Test | Test Date | Score | Status | Percentile Rank | Performance Level |
|------|-----------|-------|--------|-----------------|-------------------|
| Reasoning Through Language Arts | 4/19/2019 | 165 | Pass | 69 | GED College Ready |
| Social Studies | 4/17/2019 | 159 | Pass | 53 | Passing High School Equivalency |
| Science | 3/14/2019 | 156 | Pass | 50 | Passing High School Equivalency |
| Mathematical Reasoning | 4/26/2019 | 154 | Pass | 45 | Passing High School Equivalency |
| **Total Score** | | 634 | Pass | | |

**Performance Levels:** Below Passing - Score less than 145
Passing High School Equivalency - Score of 145 to 164
GED College Ready - Score of 165 to 174
GED College Ready + Credit - Score of 175 or greater



To learn more about GED testing, please visit:

**GED.com**

To order additional transcripts or diplomas, please visit:

**DiplomaSender.com**

The scores on this report are the highest scores achieved by the candidate as of the last test date: 4/26/2019. If retest scores are lower than the scores previously achieved, the retest scores are not reported.
Any alteration of this document renders it null and void. Generated on 4/30/2019 12:39:07 PM by DiplomaSender.com - Copyright © 2019 Lilac, LLC