## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Lacy Lynn Zimmerman

**DISTRICT JUDGE:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:18-cr-274 | 5/24/2019 | 9:07 a.m. - 9:43 a.m. | Kalamazoo | |

### APPEARANCES

**Government:** Sally Jacoba Berens by Austin Hakes

**Defendant:** Kenneth P. Tableman

**Counsel Designation:** CJA Appointment

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute  [ ] nolo contendere
  - [ ] not guilty  [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention  (waived __)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [✓] Sentencing
- [ ] Trial
- [ ] Other: _____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: _____

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: _____

### CHANGE OF PLEA
Charging Document:
- [ ] Read  [ ] Reading Waived

Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: 120 months
Probation: n/a
Supervised Release: 3 years
Fine: $ 0.00
Restitution: $ 9,013.00
Special Assessment: $ 100.00

Plea Agreement Accepted: [✓] Yes  [ ] No
Defendant informed of right to appeal: [✓] Yes  [ ] No
Counsel informed of obligation to file appeal: [✓] Yes  [ ] No

Conviction Information:
  Date: 2/27/2019
  By: Plea
  As to Count(s): 1 of the Indictment

**ADDITIONAL INFORMATION:**
Counts 2 and 4 are dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:** Kathleen Thomas

**Case Manager:** A. Redmond